United States District Court
Southern District of Texas
**ENTERED**
March 23, 2016
David J. Bradley, Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| MICHELLE LEE EDWARDS, Individually and On Behalf of All Others Similarly Situated, Plaintiff, v. COACHES SPORTS BAR & GRILL HUMBLE, L.L.C., Defendant. | § § § § § § § § § § § § § CIVIL ACTION NO. H-15-1811 |

### ORDER ADOPTING MAGISTRATE JUDGE'S MEMORANDUM AND RECOMMENDATION

Having reviewed the Magistrate Judge's Memorandum and Recommendation (Docket No. 17),[1] the court is of the opinion that said Memorandum and Recommendation should be adopted by this court.

It is, therefore, **ORDERED** that the Memorandum and Recommendation is hereby **ADOPTED** by this court. The court shall enter a separate order regarding class notification.

The Clerk shall send copies of this Order to the respective parties.

**SIGNED** at Houston, Texas, this 23rd day of March, 2016.

_____
SIM LAKE
UNITED STATES DISTRICT JUDGE

---

[1] The parties filed no objections to the Memorandum and Recommendation.