United States District Court
Southern District of Texas
**ENTERED**
December 11, 2017
David J. Bradley, Clerk

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS
## HOUSTON DIVISION

| | |
|---|---|
| **MICHELLE EDWARDS, Individually and On Behalf of All Others Similarly Situated,** | |
| **Plaintiff,** | |
| **V.** | **CIVIL ACTION NO. 4:15-CV-01811** |
| **COACHES SPORTS BAR & GRILL HUMBLE, LLC** | |
| **Defendant.** | **JURY TRIAL DEMANDED** |

### JUDGMENT AND ORDER

The Court has considered the court transcript, pleadings and records on file in this cause and the evidence and is of the opinion that judgment should be rendered for Plaintiffs as agreed.

It is accordingly ADJUDGED that plaintiff Michelle Edwards and opt-in Plaintiffs Kristin Borovicka, Monica Cruz, Danielle Fontenot, Tabitha Ford, Rachel Glover, April Kutchback, Laike Newby, Joshua Prince, Kelsey Reed, Michelle Vance, Kelly Lynn Warwick, Lucas Wiggins, and Lauren Wolf, Plaintiffs, recover from Coaches Bar & Grill Humble LLC, Defendants, judgment for-

1. $250,000.00 as the principle amount due; and

2. interest at the rate of 5 percent per year on the total judgment from the date of judgment until paid.

It is so ORDERED that Plaintiff shall have all writs of execution and other process necessary to enforce this judgment.

Defendant is ORDERED to provide Plaintiffs a current inventory list containing the furniture, fixtures, and equipment. by December 22, 2017

This judgment finally disposes of all parties and all claims and is appealable.

SIGNED on _____Dec. 11, 2017_____.

_____
JUDGE PRESIDING

**APPROVED AS TO FORM AND SUBSTANCE:**

TRAN LAW FIRM

/S/Trang Q Tran

_____
Trang Q. Tran
Federal ID No. 20361
Texas Bar No. 00795787
2537 S. Gessner Rd., Suite 104
Houston, Texas 77063
Telephone: (713) 223-8855
Facsimile: (713) 623-6399
ttran@tranlawllp.com
service@tranlawllp.com

**ATTORNEY FOR PLAINTIFFS**

BURLESON & CRAIG, P.L.L.C.

_____
Clyde W. Burleson
SBN: 00796278
SDID: 754365
1533 W. Alabama, Ste. 100
Houston, Texas 77006
Telephone: (713) 526-2226
Facsimile: (713) 526-3787
clyde@burlesoncraig.com

**ATTORNEY FOR DEFENDANT**